UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION
www.moed.uscourts.gov

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:12CR031 JCH NAB |
| | ) | |
| JOHN SANDERS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER CONCERNING WAIVER OF PRETRIAL MOTIONS

The above matter is referred to the undersigned pursuant to 28 U.S.C. §636(b). The Defendant was arraigned on February 7, 2012, and requested additional time to file pretrial motions. The undersigned found that, in the interest of justice, the request should be granted and extended the deadline for filing motions to February 17, 2012. On February 17, 2012, the Defendant filed a motion for extension of time to file motions. The undersigned granted Defendant's motion, in the interest of justice, and extended the deadline for filing motions to February 24, 2012. Further, on February 24, 2012, the Defendant filed a waiver of pretrial motions. At the evidentiary hearing held on March 6, 2012, the Defendant appeared in person and with counsel on the record and announced that, understanding his rights in this regard, he wished to waive his right to file pretrial motions as well as his right to have a hearing on those motions. Based on the above, no report and recommendation will be forthcoming.

Finally, the trial of this matter is set on **April 9, 2012** at **9:00 a.m.** before the Honorable Jean C. Hamilton, United States District Judge, Courtroom 16-North.

Dated this 6th day of March, 2012.

                                              /s/ Nannette A. Baker
                                          NANNETTE A. BAKER
                                          UNITED STATES MAGISTRATE JUDGE